IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

**ROOSEVELT WASHINGTON**                                                    **PETITIONER**

**VS.**                                          **CIVIL ACTION NO. 3:03CV900LN**

**MICHAEL WILSON and MIKE MOORE**                           **RESPONDENTS**

## ORDER

This matter came before the court on the Petitioner's Motion to Re-Submit Writ of Habeas Corpus. A review of the docket shows that the court earlier entered an Order requiring Washington to submit an amended writ of habeas corpus, arguing only the claims that had been exhausted in state court. Washington submitted such a Petition on April 15, 2005. However, that Petition was mistakenly docketed as a "Response to Order," and the Memorandum in support of his Petition was docketed as being in support of his "Response." It is likely that the Respondents were not aware of the fact that this was an actual, amended Petition for Writ of Habeas Corpus requiring a response.

IT IS, THEREFORE, ORDERED that the Petitioner's Motion to Re-Submit Writ of Habeas Corpus is hereby **granted**. The Respondents shall answer his Petition for Writ of Habeas Corpus on or before March 13, 2006.

IT IS SO ORDERED, this the 10th day of January, 2006.

                                                                 S/Alfred G. Nicols, Jr.
                                                   UNITED STATES MAGISTRATE JUDGE