

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

ROOSEVELT WASHINGTON      PETITIONER

VS.      CIVIL ACTION NO. 3:03CV900TSL-JCS

MICHAEL WILSON, ET AL.      RESPONDENTS

ORDER

It is hereby ordered that petitioner's motion to strike the court's September 23, 2008 order adopting the magistrate judge's report and recommendation is denied. The record reflects that the court received and considered petitioner's objections.

SO ORDERED this 10 day of February, 2009.

_____
UNITED STATES DISTRICT JUDGE